IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILLMEN, INCORPORATED<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-4239 |
| v. | : | |
| | : | |
| LUKOIL NORTH AMERCA, LLC<br>*Defendant* | : | |
| | : | |

# O R D E R

**AND NOW,** this 22nd day of November 2013, upon consideration of Plaintiff's *motion for preliminary injunction* [ECF 2], Defendant's response in opposition thereto [ECF 9], the evidence presented during the hearing held on October 17, 2013, and the parties' supplemental briefs [ECF 18 and 19], it is hereby **ORDERED** that, for the reasons set forth in the Memorandum Opinion filed on this date, the motion is **DENIED**.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.