# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILLMEN, INCORPORATED<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 13-4239 |
| v. | : | |
| | : | |
| LUKOIL NORTH AMERICA, LLC<br>*Defendant* | : | |

## ORDER

**AND NOW**, this 26th day of June 2015, upon consideration of the *motion for summary judgment* filed by Lukoil North America, LLC ("Defendant"), [ECF 47], the opposition thereto filed by Hillmen, Incorporated ("Plaintiff"), [ECF 48], and Defendant's reply, [ECF 49], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and judgment is entered in favor of Lukoil North America, LLC, and against Hillmen, Incorporated, on all of the claims asserted in Plaintiff's complaint. It is further **ORDERED** that judgment as to *liability only* is entered in favor of Lukoil North America, LLC, and against Hillmen, Incorporation, on Defendant's counterclaim.

An assessment of damages hearing on Defendant's counterclaim is scheduled for July 10, 2015, at 9:30 AM. Counsel for the parties are to call Chambers on July 9, 2015, for the courtroom assignment.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.